IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL CASE NO. 5:20-cv-00182-MR

SHAWN DEWAYNE PARKS, )
)
        Petitioner, )
)
vs. ) **O R D E R**
)
ERIK A. HOOKS, Secretary of )
Department of Public Safety, )
)
        Respondent. )
_____ )

**THIS MATTER** is before the Court on the Petitioner's response to the Court's Order of December 1, 2020. [Doc. 5].

On December 1, 2020, the Court entered an Order directing the Petitioner to show cause why his § 2254 Petition for Writ of Habeas Corpus should not be dismissed as untimely. [Doc. 2]. In response, the *pro se* Petitioner moves to dismiss his § 2254 petition without prejudice.

**IT IS, THEREFORE, ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE**.

The Clerk of Court is respectfully directed to terminate this action.

**IT IS SO ORDERED**.

Signed: December 18, 2020

*[signature]*

Martin Reidinger
Chief United States District Judge